UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL B. MARINNUCI ET AL,
    Plaintiffs,

      v.                    CIVIL ACTION
                          NO. 07-10718-DPW

FIDELITY INVESTMENT ET AL,
    Defendants.


**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's ruling on September 17, 2007, made in open court and reflected in the stenographer's notes, allowing the Defendants' Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                      BY THE COURT,

                                      /s/ Jarrett Lovett
                                      Deputy Clerk


DATED: September 18, 2007